IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:13-cr-8-MW/GRJ

RICHARD LEE ASHCRAFT,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation, of the United States Magistrate Judge, ECF No. 33, filed May 16, 2013, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the Defendant, RICHARD LEE ASHCRAFT, to Count I of the Indictment against him is hereby ACCEPTED. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on May 17, 2013.

                                          s/Mark E. Walker        
                                          United States District Judge